UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAD ABBASZADE, Petitioner, v. CHRISTOPHER LAROSE et al., Respondents. | Case No.: 3:26-cv-1750-CAB-VET **ORDER DENYING MOTIONS** **[Doc. Nos. 14, 15]** |

Petitioner Rashad Abbaszade ("Petitioner") has filed two motions—a motion for release, [Doc. No. 14], and a motion for restriction of documents, [Doc. No. 15]. The Court previously ordered the government to provide Petitioner with a bond hearing. [Doc. No. 13.] The Court **DENIES** the motion for release as Petitioner does not present any new facts or legal basis for ordering his release from immigration custody.

As for the motion for restriction of documents, Petitioner requests the Court to delete or hide "anything related to Federal Court, Immigration Bond Court and Immigration Court in [his] name[.]" [Doc. No. 15.] Petitioner states that he is concerned that "representatives" of various nationalities may pass information about Petitioner to the Azerbaijani government.

Confidentiality may be preserved by permitting a party to proceed anonymously, sealing a filing, or redacting sensitive information. Anonymity is only permitted "in special

circumstances when the party's need for anonymity outweighs . . . the public's interest in knowing the party's identity." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Petitioner's conclusory and unsupported assertion that information may be passed to a foreign government is insufficient to meet his burden. *See Roe v. Skillz, Inc.*, 858 F. App'x 240, 241–42 (9th Cir. 2021) (affirming denial of a motion to proceed under a fictitious name when plaintiff offered only "conclusory and general statements without explanation or support"); *see also Guven v. Jaddou*, No. CV 22-CV-8456 PA (ASX), 2022 WL 22969356, at *2 (C.D. Cal. Dec. 15, 2022) (A "conclusory allegation[] without supporting evidence is insufficient to demonstrate Plaintiff's need for anonymity[.]"). Similarly, Petitioner fails to sufficiently show a basis for retroactively sealing all the filings in this case or redacting anything that could identify Petitioner. Accordingly, the Court **DENIES** the motion for restriction of documents.

It is **SO ORDERED**.

Dated: August 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge